KANDICE NICOLE SMITH
1105 ARLEDGE ST
HATTIESBURG, MS 39401

CREDIT NINJA
27 N WACKER DR
#404
CHICAGO, IL 60606

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS, NV 89113

NORDSTROM SIGN
ATTN: BANKRUPTCY
PO BOX 6555
ENGLEWOOD, CO 80155

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

CREDITFRESH
200 CONTINENTAL DRIVE
SUITE 401
NEWARK, DE 19713

OPPLOANS
ATTN: BANKRUPTY DEPT
P.O. BOX 5040
FREDERICKSBURG, VA 22403

CITIBANK
CITICORP CR SRVS
PO BOX 790046
ST LOUIS, MO 63179

HATTIESBURG CLINIC
415 SOUTH 28TH AVE
HATTIESBURG, MS 39401

PERSONAL FINANCE
1835 HARDY ST
HATTIESBURG, MS 39401

COMENITY
BANKRUPTCY DEPARTMENT
PO BOX 182125
COLUMBUS, OH 43218

KEESLER FCU
ATTN: BANKRUPTCY DEPT
2602 PASS RD
BILOXI, MS 39531

REGIONAL FIN
ATTN: BANKRUPTCY
979 BATEVILLE RD
SUITE B
GEER, SC 29651

COMENITY BANK
BANKRUPTCY DEPARTMENT
PO BOX 182125
COLUMBUS, OH 43218

LIBERTY MUTUAL
CAINE & WEINER
1699 E WOODFIELD RD
#360
SCHAUMBURG, IL 60173

TBO BANK
113 E. SOUTH FRONT ST
ORRICK, MO 64077

COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

MACY'S
ATTN: BANKRUPTCY
9111 DUKE BOULEVARD
MASON, OH 45040

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

WCC
324 W. BROADWAY AVE
ENID, OK 73701

CREDIT COLLECTION SERV
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

WESTLAKE PORTFOLIO
P.O. BOX 76809
LOS ANGELES, CA 90054