United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                      Case No. 26-50514-KMS

Kandice Nicole Smith                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                   User: mssbad                              Page 1 of 2

Date Rcvd: May 26, 2026               Form ID: hn007kms                        Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

**Recip ID               Recipient Name and Address**
db              + Kandice Nicole Smith, 1105 Arledge St, Hattiesburg, MS 39401-5402

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: stephenbinning@ymail.com | May 26 2026 20:38:00 | Personal Finance LLC, Personal Finance LLC, 1835 HARDY STREET, Hattiesburg, MS 39401, UNITED STATES 39401-4914 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                       Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan  LLC, d/b/a Tower Loan of South Hattiesburg jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kandice Nicole Smith trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

District/off: 0538-6            User: mssbad            Page 2 of 2

Date Rcvd: May 26, 2026        Form ID: hn007kms        Total Noticed: 2

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form hn007kms (Rev. 10/18)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Kandice Nicole Smith**

        **DEBTOR.**

**CASE NO. 26−50514−KMS**

**CHAPTER 7**

### NOTICE OF HEARING

    A Reaffirmation Agreement (the"Reaffirmation Agreement") between the Debtor and Personal Finance LLC (Dkt. #18) was filed with the Court in the above−styled case.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on June 11, 2026, at 09:30 AM in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi, to consider and act upon the Reaffirmation Agreement.

    If you do not want the Court to approve the Reaffirmation Agreement, or if you want the Court to consider your views on the Reaffirmation Agreement, you or your attorney must file a written response explaining your position so that the Court receives it on or before June 4, 2026 (Response Due Date). Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS, 39501.

    **MANDATORY ATTENDANCE** of the debtor, debtor's attorney, if any, and any responding party is required. Testimony will be taken, and witnesses should appear. The hearing will be electronically recorded by the Court.

    Dated: 5/26/26

                                             Danny L. Miller, Clerk of Court
                                           U.S. Bankruptcy Court
                                         Dan M. Russell, Jr. U.S. Courthouse
                                         2012 15th Street, Suite 244
                                         Gulfport, MS 39501
                                         228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

Kandice Nicole Smith, Debtor

Thomas Carl Rollins, Jr., Esq.

Derek A. Henderson, Trustee

Office of the US Trustee

Personal Finance LLC, Creditor