# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50514          **Case Name:** Kandice Nicole Smith

**Set:** 06/11/2026 09:30 am   **Chapter:** 7   **Type:** bk   **Judge** Katharine M. Samson

**matter**   Agreed Reaffirmation Agreement (Pro Se) between Debtor and PERSONAL FINANCE LLC for: PERSONAL PROPERTY HOUSEHOLD GOODS Filed by Creditor Personal Finance LLC.  (Dkt. #18)

---

Minute Entry Re: (related document(s): [18] Reaffirmation Agreement filed by Personal Finance LLC) An amended reaffirmation agreement was filed on 6/3/26. Hearing removed. (mcc)